UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/15/2020_____

CHERYL FLANAGAN,

                    Plaintiff,

         -against-                                    19 Civ. 8201 (AT) (RWL)

HILTON RESORT CORPORATION,                            **ORDER**

                    Defendant.

ANALISA TORRES, District Judge:

On November 22, 2019, Defendant moved to dismiss the complaint. ECF No. 15. On January 15, 2020, Defendant requested leave to withdraw that motion in light of further developments in the case that they admit rendered the motion moot. ECF No. 19. Having reviewed Defendant's submissions, leave to withdraw the motion is GRANTED.

The Clerk of Court is directed to terminate the motions at ECF Nos. 15 and 19. The Clerk of Court is further directed to mail a copy of this order to Plaintiff *pro se*.

         SO ORDERED.

Dated:  January 15, 2020
          New York, New York

                                              _____
                                              ANALISA TORRES
                                              United States District Judge